Eric BARKER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 73848.

Missouri Court of Appeals,
Western District.

July 10, 2012.

Mark Allen Grothoff, Columbia, MO, for appellant.

Jessica P. Meredith and Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: JAMES M. SMART, JR., P.J., VICTOR C. HOWARD and JAMES E. WELSH, JJ.

**ORDER**

PER CURIAM:

Eric R. Barker appeals from a judgment denying his Rule 24.035 motion for post-conviction relief. Barker sought to set aside his guilty plea to one count each of keeping or maintaining a public nuisance (section 195.130 RSMo) and possession of a controlled substance (section 195.202 RSMo). Barker now asserts that he was denied due process of law because the trial court accepted his guilty plea without a factual basis having been demonstrated for maintaining a public nuisance. The judgment is affirmed. Rule 84.16(b).